# OSCN
### THE OKLAHOMA STATE COURTS NETWORK
*www.oscn.net*

Home    Courts    Court Dockets    Legal Research    Calendar    Help

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| CHRISTINA BOX<br><br>Plaintiff<br><br>v.<br><br>BRIDGEWOOD-RCM PROPERTY MANAGEMENT L.L.C. a foreign limited liability company d/b/a Village on the Park-Oklahoma City and<br>RAINTREE HOLDINGS L.L.C. a foreign limited liability company d/b/a Village on the Park-Oklahoma City<br><br>Defendants | No. CJ-2014-6469<br>(Civil relief more than $10,000: WRONGFUL TERMINATION)<br><br>Filed: 11/26/2014<br><br>Judge: Stuart, Roger H. |

## Parties

Box, Christina , Plaintiff
Bridgewood-rcm Property Management, Llc , Defendant
RAINTREE HOLDINGS L.L.C. , Defendant

## Attorneys

| Attorney | Represented Parties |
|---|---|
| HAMMONS, CHRIS(Bar # 20233)<br>LAIRD HAMMONS LAIRD PLLC<br>1230 SW 89TH STREET<br>SUITE A<br>OKLAHOMA CITY, OK 73139 | Box, Christina |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**                Issue: WRONGFUL TERMINATION (TERMINATE)
                              Filed by: Box, Christina
                              Filed Date: 11/26/2014
**Party Name:**               **Disposition Information:**

                              Pending.

## Docket

Exhibit # 5

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 11-26-2014 | TEXT | 1 | | 80693049 | Nov 26 2014 1:14:12:167PM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| 11-26-2014 | TERMINATE | - | | 80693051 | Nov 26 2014 1:14:12:197PM | Realized | $ 0.00 |
| | WRONGFUL TERMINATION | | | | | | |
| 11-26-2014 | DMFE | - | | 80693052 | Nov 26 2014 1:14:12:217PM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | |
| 11-26-2014 | PFE1 | - | | 80693053 | Nov 26 2014 1:14:12:217PM | Realized | $ 163.00 |
| | PETITION($ 163.00) | | | | | | |
| 11-26-2014 | PFE7 | - | | 80693054 | Nov 26 2014 1:14:12:217PM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | | |
| 11-26-2014 | OCISR | - | | 80693055 | Nov 26 2014 1:14:12:217PM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | |
| 11-26-2014 | CCADMIN02 | - | | 80693056 | Nov 26 2014 1:14:12:217PM | Realized | $ 0.20 |
| | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20) | | | | | | |
| 11-26-2014 | OCJC | - | | 80693057 | Nov 26 2014 1:14:12:217PM | Realized | $ 2.00 |
| | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00) | | | | | | |
| 11-26-2014 | OCASA | - | | 80693058 | Nov 26 2014 1:14:12:217PM | Realized | $ 5.00 |
| | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) | | | | | | |
| 11-26-2014 | CCADMIN04 | - | | 80693059 | Nov 26 2014 1:14:12:217PM | Realized | $ 0.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) | | | | | | |
| 11-26-2014 | LTF | - | | 80693060 | Nov 26 2014 1:14:12:317PM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | | |
| 11-26-2014 | SMF | - | | 80693061 | Nov 26 2014 1:14:37:597PM | Realized | $ 10.00 |
| | SUMMONS FEE (CLERKS FEE)X 2($ 10.00) | | | | | | |
| 11-26-2014 | EAA | - | Box, Christina | 80700576 | Dec 1 2014 8:59:04:103AM | - | $ 0.00 |
| | ENTRY OF APPEARANCE BY ATTORNEY CHRIS HAMMONS FOR PLAINTIFF | | | | | | |
| | 📄 _Document Available (#1027861573)_ | | | | | | |
| 11-26-2014 | P | - | | 80758118 | Dec 4 2014 3:32:59:543PM | - | $ 0.00 |
| | PETITION | | | | | | |
| | 📄 _Document Available (#1027687902)_ | | | | | | |
| 11-26-2014 | TEXT | - | | 80693050 | Nov 26 2014 1:14:12:177PM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE STUART, ROGER H. TO THIS CASE. | | | | | | |
| 11-26-2014 | ACCOUNT | - | | 80693076 | Nov 26 2014 1:14:54:817PM | - | $ 0.00 |

```
RECEIPT # 2014-3495407 ON 11/26/2014.
PAYOR:LAIRD HAMMONS LAIRD TOTAL AMOUNT PAID: $223.70.
LINE ITEMS:
CJ-2014-6469: $173.00 ON AC01 CLERK FEES.
CJ-2014-6469: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2014-6469: $0.70 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2014-6469: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2014-6469: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING
FUND.
CJ-2014-6469: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2014-6469: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2014-6469: $10.00 ON AC81 LENGTHY TRIAL FUND.
```

| 12-17-2014 | RET | - | 80948972 | Dec 19 2014 3:35:55:840PM | - | $ 0.00 |

RETURN OF SERVICE/ CERTIFIED MAIL ( GREEN CARD ) SERVED - RAINTREE HOLDINGS LLC DVA VILLAGE ON THE PARK C/O CAPITOL DOCUMENT SERVICES INC - ON 12-10-14
*Document Available (#1027678634)*

| 12-17-2014 | SMS | - | 80963302 | Dec 22 2014 11:58:22:707AM | - | $ 0.00 |

SUMMONS RETURNED, SERVED: BRIDGEWOOD-RCM PROPERTY MANANGEMENT LLC BY CERTIFED MAIL
*Document Available (#1027678630)*

Report Generated by The Oklahoma Court Information System at December 23, 2014 15:58 PM

End of Transmission.