# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTINA BOX, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COADVANTAGE RESOURCES 51, INC. )<br>a foreign for profit business corporation )<br>d/b/a/ Village on the Park-Oklahoma City )<br>and RAINTREE HOLDINGS, L.L.C., )<br>a foreign limited liability company, d/b/a )<br>Village on the Park-Oklahoma City; )<br>)<br>Defendant. ) | Case No. CIV-2014-01432-D |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Christina Box, hereby stipulates with the defendants, CoAdvantage Resources 51, Inc. and Raintree Holdings, L.L.C., that this action shall be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

s/ Nathan L. Whatley
Signature of filing attorney

*s/Chris Hammons*
(Signed by Nathan L. Whatley with permission of Chris Hammons)

Chris Hammons, OBA #20233
LAIRD HAMMONS LAIRD, PLLC
1230 S.W. 89th St., Suite A
Oklahoma City, Oklahoma 73139
Telephone:   (405) 703-4567
Facsimile:    (405) 703-4061
Email: Chris@lhllaw.com

*Attorneys for Plaintiff*

                                      s/Nathan L. Whatley_____
Nathan L. Whatley, OBA No. 14601
MCAFEE & TAFT
211 N. Robinson, 10th Floor
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile:  (405) 235-0439
Email:    nathan.whatley@mcafeetaft.com

ATTORNEYS FOR THE DEFENDANTS